[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-13439
Non-Argument Calendar
_____

D.C. Docket No. 6:18-cr-00223-RBD-EJK-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERTO OQUENDO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(April 6, 2020)

Before MARTIN, ROSENBAUM, and TJOFLAT, Circuit Judges.

PER CURIAM:

Attorney Charles E. Taylor, Jr., appointed counsel for Roberto Oquendo in this direct criminal appeal, has moved to withdraw from further representation of Oquendo and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Oquendo's conviction and sentence are **AFFIRMED**.